DOMENICK SANTELLA, *ET ALS.*, PLAINTIFFS-RESPONDENTS, v. SOPHIE WOJTON, ETC., DEFENDANT-PETITIONER.

On petition for certification to Appellate Division, Superior Court.

*Mr. Frank B. Bozza* for the petitioner.

*Mr. Matthew D. F. Wade* for the respondent.

May 3, 1966. Denied.

SADIE KOLSON, *ET ALS.*, PLAINTIFF-PETITIONERS, v. IRVING HOFFMAN, *ET ALS.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Appellate Division, Superior Court.

*Messrs. Wolk & Simonson,* for the petitioners.

*Messrs. Schiff, Cummis & Kent* and *Mr. Michael B. Tischman, Messrs. Harrison & Jacobs* and *Mr. Jack B. Kirsten,* for the respondents.

May 4, 1966. Denied.

SELECTED RISKS INSURANCE COMPANY, PLAINTIFF-PETITIONER, v. ALBERT ZULLO, ETC., *ET ALS.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Appellate Division, Superior Court.

*Mr. George Y. Schoch,* for the petitioner.

*Messrs. Toolan, Haney & Romond, Mr. Thomas F. Shebell, Messrs. Parsons, Canzona, Blair & Warren, Mr. Theodore Labrecque, Jr., Messrs. Carton, Nary, Witt & Arvanitis,* and *Mr. Bernard H. Weiser,* for the respondents.

May 3, 1966. Granted.